IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES of
        AMERICA
                v.

DANIEL LEVETO
            Defendant

CR. No. 01-06 ERIE

MOTION TO APPOINT STANDBY COUNSEL
TO FULL COUNSEL OF RECORD
Request for Sentencing Date

MOTION TO APPOINT STANDBY COUNSEL TO FULL COUNSEL OF RECORD
                Request FOR Sentencing Date

1) Above Captioned Case was tried and resulted in A GUILTY VERDICT on June 2, 2005.

2) Defendant, Daniel Leveto, received services of Steven Misko, Esq as Standby Counsel and Defendant was Pro Se.

3) Defendant wishes to immediately have the Court Appoint Mr. Misko for full representation as Counsel of record.

4) Said full representation is requested immediately so defendant and Mr. Misko may prepare foor sentencing which has yet to be scheduled.

Wherefore, Defendant requests this Honorable Court to Appoint Mr. Misko As full counsel And a requests information regarding a Sentencing date.

Respectfully Submitted

Daniel Leveto Pro Se

DANIEL LEVETO Pro Se

Date   7-30-05

CERTIFICATE OF SERVICE

I CERTIFY THAT A TRUE COPY OF THIS MOTION TO APPOINT STANDBY COUNSEL TO FULL COUNSEL OF RECORD/ Request for Sentencing Data WAS MAILED By U.S. POSTAL SERVICE, FIRST CLASS POSTAGE PREPAID on the date below to the following:

Tom Voracek, Esq.
Rita G. Calwin, Esq.
U.S. Dept. of Justice/Tax Div. Criminal Sections
601 D Street, N.W. Room 7334
Washington, DC    20530

Date  7-30-05

Daniel J Levedo  ProSe.