IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Crim. No. 01-6 (1) Erie |
| ) | |
| DANIEL LEVETO ) | |
| ) | |
| Defendant. ) | |

## ORDER

AND NOW, to-wit, this 15th day of August, 2005, the defendant's "Motion to Appoint Standby Counsel to Full Counsel of Record [and] Request for Sentencing Date"(Doc. 116) be and the same hereby is GRANTED.

IT IS FURTHER ORDERED THAT Steve Misko, Esq. is hereby appointed as counsel of record for defendant Leveto.

IT IS FURTHER ORDERED THAT the defendant shall be sentenced on 6TH day of OCTOBER, 2005, at 10:00 a.m. in Courtroom B, United States District Court, 17 South Park Row, Erie, Pennsylvania, 16501.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior United States District Court Judge

cc: Daniel J. Leveto
    Counsel of record
    U.S. Marshal
    U.S. Probation & Pretrial Services
    Steve Misko