# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |

## ORDER

AND NOW, to wit, this _____ day of September, 2005, upon presentation and consideration of the within Motion, it is hereby ORDERED that the Defendant's **Motion to Extend the Time to File Objections to the Presentence Investigation Report** is hereby GRANTED. Defendant's objections to the Presentence Investigation Report shall be filed on or before September 23, 2005.

 

**Maurice B. Cohill, Jr.**
**Senior U.S. District Court Judge**

