# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | Criminal No. 01-006-001 ERIE |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |
| | : | |
| | : | MOTION TO EXTEND THE |
| | : | TIME TO FILE OBJECTIONS |
| | : | TO THE PRESENTENCE |
| | : | INVESTIGATION REPORT |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | Filed on behalf of Defendant, |
| | : | Daniel J. Leveto |
| | : | |
| | : | |
| | : | Counsel of Record for this Party: |
| | : | |
| | : | Stephen M. Misko, Esquire |
| | : | PA I.D. NO. 59999 |
| | : | |
| | : | 106 S. Main Street, Suite 704 |
| | : | Butler, Pennsylvania 16001 |
| | : | |
| | : | (724) 284-9400 |
| | : | FAX  284-9402 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |

## MOTION TO EXTEND THE TIME TO OBJECTIONS
## TO THE PRESENTENCE INVESTIGATION REPORT

AND NOW, comes the Defendant, Daniel J. Leveto, by and through his attorney, Stephen M. Misko, Esquire, and files the following Motion to Extend the Time to File Objections to the Presentence Investigation Report, and in support thereof avers as follows:

1. The Defendant is scheduled for sentencing on October 6, 2005 at 10:00 a.m.

2. Counsel previously petitioned Court to extend time to file objections for PSI until September 23, 2005.

3. Court granted said motion; however, Counsel for Defendant requires additional time to research and respond to PSI and objections filed by the Government.

4. Counsel for Defendant respectfully request Defendant's Ojections to PSI be extended until September 28, 2005 from September 23, 2005.

WHEREFORE, the Defendant, Daniel J. Leveto, respectfully requests that this Honorable Court extend the time to file Ojections to the Presentence Investigation Report, in the above captioned matter, for the reasons stated herein.

        **Respectfully submitted,**

        <u>**S\Stephen M. Misko**</u>
        **Stephen M. Misko, Esquire**
        **Attorney for Daniel J. Leveto**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| v. | : | |
| | : | |
| | : | |
| DANIEL J. LEVETO | : | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **Motion to Extend the Time to File Objections to the Presentence Investigation Report** was served by First Class U.S. Mail, postage prepaid, on the following parties, on this the 23rd day of September, 2005:

>Thomas G. Voracek, Esquire
>Rita G. Calvin, Esquire
>United States Department of Justice
>Tax Division/NCES
>601 D Street, N.W.
>Washington, D.C.  20530
>
>David J. Conde
>United States Probation Officer
>17 South Park Row, Room A-110
>P.O. Box 1598
>Erie, Pennsylvania  16507-1598

                                        **S\Stephen M. Misko**
                                        **Stephen M. Misko, Esquire**
                                        **Attorney for Daniel J. Leveto**