IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>DANIEL LEVETO   (1) )<br>) | CRIM 01-6   ERIE |

NOTICE

Please be advised that the Sentencing scheduled in the above entitled case for

October 6, 2005 at 10:00 a.m. has been rescheduled on

October 13, 2005 at 9:00 a.m. in Courtroom A, 2nd Floor, U.S. Post

Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Sept. 27, 2005

Copies to:   Thomas G. Vorasek, Esq.
Rita Genetti Calvin, Esq.
Stephen Misko, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh