# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| | : | |
| **v.** | : | |
| | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |
| | : | |
| | : | **MOTION TO EXTEND THE** |
| | : | **TIME TO FILE OBJECTIONS** |
| | : | **TO THE PRESENTENCE** |
| | : | **INVESTIGATION REPORT** |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | **Filed on behalf of Defendant,** |
| | : | **Daniel J. Leveto** |
| | : | |
| | : | |
| | : | **Counsel of Record for this Party:** |
| | : | |
| | : | **Stephen M. Misko, Esquire** |
| | : | **PA I.D. NO. 59999** |
| | : | |
| | : | **106 S. Main Street, Suite 704** |
| | : | **Butler, Pennsylvania 16001** |
| | : | |
| | : | **(724) 284-9400** |
| | : | **FAX  284-9402** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |

### MOTION TO EXTEND THE TIME TO OBJECTIONS
### TO THE PRESENTENCE INVESTIGATION REPORT

AND NOW, comes the Defendant, Daniel J. Leveto, by and through his attorney,

Stephen M. Misko, Esquire, and files the following Motion to Extend the Time to File

Objections to the Presentence Investigation Report, and in support thereof avers as

follows:

1. The Defendant is scheduled for sentencing on October 6, 2005 at 10:00 a.m.

2. Counsel previously petitioned Court to extend time to file objections for PSI until
   September 28, 2005.

3. Court granted said motion; however, Counsel for Defendant requires additional time
   to research and respond to PSI and objections filed by the Government.

4. Counsel for Defendant respectfully request Defendant's Objections to PSI be
   extended until October 3, 2005 from September 28, 2005.

WHEREFORE, the Defendant, Daniel J. Leveto, respectfully requests that this Honorable Court extend the time to file Objections to the Presentence Investigation Report, in the above captioned matter, for the reasons stated herein.

**Respectfully submitted,**

**S\Stephen M. Misko**
**Stephen M. Misko, Esquire**
**Attorney for Daniel J. Leveto**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
| | : | |
| | : | **Criminal No. 01-006-001 ERIE** |
| v. | : | |
| | : | |
| | : | |
| DANIEL J. LEVETO | : | |

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing **Motion to Extend the Time to File Objections to the Presentence Investigation Report** was served by First Class U.S. Mail, postage prepaid, on the following parties, on this the 28th day of September, 2005:

> Thomas G. Voracek, Esquire
> Rita G. Calvin, Esquire
> United States Department of Justice
> Tax Division/NCES
> 601 D Street, N.W.
> Washington, D.C.  20530
>
> David J. Conde
> United States Probation Officer
> 17 South Park Row, Room A-110
> P.O. Box 1598
> Erie, Pennsylvania  16507-1598

> S\Stephen M. Misko
> **Stephen M. Misko, Esquire**
> **Attorney for Daniel J. Leveto**