# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
|---|---|---|
| | : | Criminal No. 01-006-001 ERIE |
| v. | : | |
| DANIEL J. LEVETO | : | |

## ORDER

AND NOW, to wit, this 29th day of September, 2005, upon presentation and consideration of the within Motion, it is hereby ORDERED that the Defendant's **Motion to Extend the Time to File Objections to the Presentence Investigation Report** is hereby GRANTED. Defendant's objections to the Presentence Investigation Report shall be filed on or before October 3, 2005.

*Maurice B. Cohill, Jr.*
Maurice B. Cohill, Jr.
Senior U.S. District Court Judge