MEMORANDUM OF NON-JURY TRIAL

# United States District Court

## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

_____

Plaintiff

vs.                                       No. CRIM 01-6    ERIE

DANIEL J. LEVETO   (1)

_____

Defendant

HEARING ON        SENTENCE

Before Judge  MAURICE B. COHILL, JR.

Thomas G. Voracek, Esq.                Stephen Misko, Esq.
Rita Genetti Calvin, Esq.

Appear for Plaintiff                          Appear for Defendant

Hearing begun    9:00 a.m.   10-13-05        Hearing adjourned to _____

Hearing concluded C. A. V. 12:30pm 10-13-05  Stenographer   Mickey Powers

### WITNESSES:

For Plaintiff                                 For Defendant

IMPT: 21 II. 37-46 mos; S.R. 2-3 at CT1, 1yr at CTS 2+3 ; fine 7,500-75,000; S.A. $200 ($100 at CT1, $50 each at CT 2 + CT3,

Witnesses: Kimberly Iddon, Revenue Agent.       Evid. Hearing conducted

Objections ruled on

Defendant is sentenced to 46 months' imprisonment; consists of 46 months at Count 1 + 36 months at Counts 2+3, to be served concurrently for a total of 46 months. Supervised release for 3 years (3 years at Count 1 and 1 year at Counts 2+3) all terms to be served concurrently. Special assessment of $200 ($100 at Count 1 + $50 at each of Counts 2+3). Fine is waived. drug testing is suspended.