IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Case No.: 1:01CR00006-001 |
| v. | Honorable Maurice B. Cohill, Jr. |
| DANIEL J. LEVETO. | |
| | **APPEARANCE OF COUNSEL** |
| | |
| | **Filed on behalf of:** |
| | Daniel J. Leveto |
| | |
| | **Counsel of Record for this Party:** |
| | Kenneth J. Benson (Pa.I.D. 31492) |
| | John H. Williams, Jr. (Pa.I.D. 59662) |
| | |
| | 600 Grant Street |
| | U.S.Steel Tower, 44th Floor |
| | Pittsburgh, PA 15219 |
| | |
| | Phone: 412.566.2037 |
| | Fax: 412.566.6099 |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 1:01CR00006-001 |
| DANIEL J. LEVETO. | |

**APPEARANCE OF COUNSEL**

To the Clerk of the Court:

    Kindly enter the appearances of Kenneth J. Benson, Esquire, John H. Williams, Jr., Esquire, and Eckert Seamans Cherin & Mellott, LLC., in the above-captioned matter.

                                      Eckert Seamans Cherin & Mellott, LLC

                                      Kenneth J. Benson (Pa.I.D. 31492)
                                      John H. Williams, Jr (Pa.I.D. 59662)

                                      600 Grant Street
                                      U.S.Steel Tower, 44th Floor
                                      Pittsburgh, PA 15219

                                      Phone: 412.566.2037
                                      Fax: 412.566.6099

**CERTICATE OF SERVICE**

I hereby certify that a true and correct copy of the preceding Appearance of Counsel has been forwarded to the following persons on this 25th day of October, 2005, as follows:

| | |
|---|---|
| Thomas G. Voracek, Esquire<br>Rita G. Calvin, Esquire<br>United States Department of Justide<br>Tax Division/NCES<br>601 D. Street, N.W.<br>Washington, D.C. 20530 | [ X ] Via Prepaid First Class United States Mail<br>[ ] Via Overnight Courier Delivery<br>[ ] Via Facsimile Transmission:<br>[ ] Via Hand Delivery<br>[ ] Via Email: |
| David J. Conde<br>United States Probation Officer<br>17 South Prk row, Room A-110<br>P.O. box 1598<br>Erie, Pennsylvania 16507-1598 | [ X ] Via Prepaid First Class United States Mail<br>[ ] Via Overnight Courier Delivery<br>[ ] Via Facsimile Transmission:<br>[ ] Via Hand Delivery<br>[ ] Via Email: |

Eckert Seamans Cherin & Mellott, LLC

Kenneth J. Benson (Pa.I.D. 31492)
John H. Williams, Jr. (Pa.I.D. 59662)
600 Grant Street
U.S.Steel Tower, 44th Floor
Pittsburgh, PA 15219

Phone: 412.566.2037
Fax: 412.566.6099