IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DANIEL J. LEVETO. | Case No.: 1:01CR00006-001<br>Honorable Maurice B. Cohill, Jr.<br><br>**NOTICE OF APPEAL**<br><br>**Filed on behalf of:**<br>Daniel J. Leveto<br><br>**Counsel of Record for this Party:**<br><br>Kenneth J. Benson (Pa.I.D. 31492)<br>John H. Williams, Jr. (Pa.I.D. 59662)<br><br>600 Grant Street<br>U.S.Steel Tower, 44th Floor<br>Pittsburgh, PA 15219<br><br>Phone: 412.566.2037<br>Fax: 412.566.6099 |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

DANIEL J. LEVETO.

Case No.: 1:01CR00006-001

## NOTICE OF APPEAL

Notice is hereby given that Daniel J. Leveto, by and through his counsel, Kenneth J. Benson, Esquire, John H. Williams, Jr., Esquire, and Eckert Seamans Cherin & Mellott, LLC, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of sentence dated October 13, 2005, and filed October 14, 2005. A true and correct copies of this Court's Judgment of Sentence is attached hereto as Exhibit "A."

Eckert Seamans Cherin & Mellott, LLC

Kenneth J. Benson (Pa.I.D. 31492)
John H. Williams, Jr. (Pa.I.D. 59662)

600 Grant Street
U.S. Steel Tower, 44th Floor
Pittsburgh, PA 15219

Phone: 412.566.2037
Fax: 412.566.6099

## CERTICATE OF SERVICE

I hereby certify that a true and correct copy of the preceding Notice of Appeal has been forwarded to the following persons on this 25th day of October, 2005, as follows:

| | |
|---|---|
| Thomas G. Voracek, Esquire<br>Rita G. Calvin, Esquire<br>United States Department of Justide<br>Tax Division/NCES<br>601 D. Street, N.W.<br>Washington, D.C. 20530 | [ X ] Via Prepaid First Class United States Mail<br>[ ] Via Overnight Courier Delivery<br>[ ] Via Facsimile Transmission:<br>[ ] Via Hand Delivery<br>[ ] Via Email: |
| David J. Conde<br>United States Probation Officer<br>17 South Park Row, Room A-110<br>P.O. Box 1598<br>Erie, Pennsylvania 16507-1598 | [ X ] Via Prepaid First Class United States Mail<br>[ ] Via Overnight Courier Delivery<br>[ ] Via Facsimile Transmission:<br>[ ] Via Hand Delivery<br>[ ] Via Email: |
| Honorable Maurice B. Cohill, Jr.<br>U.S. Post Office & Courthouse<br>Seventh Avenue & Grant St.<br>Pittsburgh, PA 15219 | [ X ] Via Prepaid First Class United States Mail<br>[ ] Via Overnight Courier Delivery<br>[ ] Via Facsimile Transmission:<br>[ ] Via Hand Delivery<br>[ ] Via Email: |

Eckert Seamans Cherin & Mellott, LLC

Kenneth J. Benson (Pa.I.D. 31492)
John H. Williams, Jr. (Pa.I.D. 59662)

600 Grant Street
U.S. Steel Tower, 44th Floor
Pittsburgh, PA 15219

Phone: 412.566.2037
Fax: 412.566.6099