CR 01-6 E
appeal filing fee
receipt # 06-46

```
        UNITED STATES
        DISTRICT COURT
     WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

         # 06000046 - JD
          October 26, 2005

    Code    Case #      Qty      Amount
   APPEAL D 01-6cr e    1 @ 255.00
                                255.00 CC

   TOTAL →                      255.00


   FROM: JOHN H WILLIAMS
         600 GRANT STREET
         US STEEL TOWER, 44TH FLOOR
         PITTSBURGH, PA 15219
```