# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL DIVISION** |
| | : | |
| | : | **Criminal No. 01-06 ERIE** |
| **v.** | : | |
| | : | |
| | : | |
| **DANIEL J. LEVETO** | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon presentation and consideration of counsel's **Motion to Withdraw Appearance as Counsel of Record**, in the above captioned matter, it is hereby ORDERED, that said Motion be GRANTED, and that Stephen M. Misko, Esquire be allowed to Withdraw his Appearance in said matter.

---

**Maurice B. Cohill,**
**Senior U.S. District Court Judge**