IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL DIVISION |
|---|---|---|
|  | : | Criminal No. 01-06 ERIE |
| v. | : |  |
|  | : |  |
| DANIEL J. LEVETO | : |  |

**ORDER OF COURT**

AND NOW, this __31st__ day of __October__, 2005, upon presentation and consideration of counsel's **Motion to Withdraw Appearance as Counsel of Record**, in the above captioned matter, it is hereby ORDERED, that said Motion be GRANTED, and that Stephen M. Misko, Esquire be allowed to Withdraw his Appearance in said matter.

_Maurice B. Cohill, Jr._
Maurice B. Cohill,
Senior U.S. District Court Judge