IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Criminal Number 01-6E |
| | ) | |
| Daniel Leveto | ) | |

The above named defendant satisfied the judgment of October 13, 2005 by paying on November 7, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  11-23-05
Deputy Clerk                                Date