UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-4753

United States v. Leveto
(W.D. Pa. No. 01-cr-6 (MBC))

To:  Clerk

1)   Letter Dated August 3, 2006 from Victoria B. Eiger, Esquire

---

     The foregoing Letter is referred to the Clerk of the District Court for consideration.  Presumably the issue discussed in the letter represents either some type of mis-communication or an implementation problem with the Court's relatively new ECF/CF system and not an actual policy of the Court.  Transcripts are a matter of public record and copies should be available to anyone who can complete the financial arrangements necessary to obtain them.

     In this particular situation, the transcripts are to be ordered incident to a proceeding in this Court, and not in regard to any pending proceeding in the District Court.  Therefore, the production of copies of the transcripts is governed by the Circuit's Court Reporter Plan which requires that the Court Reporter to prepare copies of transcripts whenever a party to an appeal requests them, subject only to the condition that the party making the request complete the necessary financial arrangements.  In this regard it is noted that this Court's bar is national, and membership in the bar of any District Court within the Circuit is not a prerequisite for entering an appearance in this Court.

For the Court,

/s/ Marcia M. Waldron
Clerk

Dated:  August 11, 2006
CMH/cc: VBE, AH, JH