# TRANSCRIPT PURCHASE ORDER
## For Third Circuit Court of Appeals

District Court: W.D.Pa. (Erie)
Court of Appeals Docket No.: 05-4753
District Court Docket No.: Crim. 01-6-Erie
Short Case Title: U.S. v. Leveto
Date Notice of Appeal Filed by Clerk of District Court: 10/25/05

**FILED AUG 2 2006 CLERK U.S. DISTRICT COURT WEST DIST. PENNSYLVANIA**

### Part 1. (To be completed by party responsible for ordering transcript)

A. Complete one of the following and serve ALL COPIES:
TRANSCRIPT:
- [ ] None
- [ ] Unnecessary for appeal purposes.
- [ ] Already on file in the District Court Clerk's office.
- [X] This is to order a transcript of the proceedings heard on the date listed below from **Sondra Block** (Court Reporter)

(Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of the proceedings, specify exactly what portion or what witness testimony is desired.

11/8/04 (change of plea hearing)

If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will NOT be included in the trial transcripts.

- [ ] Voir dire;
- [ ] Opening statement of plaintiff
- [ ] defendant
- [ ] Closing argument of plaintiff
- [ ] defendant
- [ ] Jury instructions
- [ ] Sentencing Hearings

FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Criminal Justice Act (Attach copy of CJA form 24)
- [ ] Motion for transcript has been submitted to District Court Judge
- [X] Private Funds

Signature: [signed]
Date: 7/31/06
Print Name: Victoria B. Eiger
Counsel for: Appellant Leveto
Address: Dershowitz, Eiger & Adelson, P.C., 220 Fifth Avenue, Suite 300, New York, NY 10001
Telephone: (212) 889-4009

### Part II. COURT REPORTER ACKNOWLEDGEMENT
(To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
| | | |

- [ ] Arrangements for payment were made on ____
- [ ] Arrangements for payment have not been made pursuant to FRAP 10(b)

Date ____ (Name of Court Reporter) ____ Telephone ____

### Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT
(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed and filed with the District Court today.

Actual Number of Pages ____ Actual Number of Volumes ____

Date ____ Signature of Court Reporter ____

mmr20051003dgw

## DERSHOWITZ, EIGER & ADELSON, P.C.

220 FIFTH AVENUE
SUITE 300
NEW YORK, NEW YORK 10001

NATHAN Z. DERSHOWITZ
VICTORIA B. EIGER
AMY ADELSON

DANIELA KLARE ELLIOTT

(212) 889-4009
TELEFAX: (212) 889-3595
E-MAIL: office@lawdea.com

Rec'd 8-2-06

July 31, 2006

Clerk of the Court
U.S. District Court
Western District of Pennsylvania
17 South Park Row
Erie, PA 16501

        RE:    United States v. Daniel J. Leveto
                  District Court No. 01-CR- 0006
                  Court of Appeals No. 05-4753

Dear Sir/Madam:

        We have entered a Notice of Appearance with the Court of Appeals for the Third Circuit. A copy of the Notice is enclosed. Also, enclosed for filing please find completed transcript purchase order forms for Michael Powers, Shirley Hall, Richard Ford, Ron Bench, Sondra Block and Janice Ferguson.

                                            Very truly yours,

                                            Victoria B. Eiger

VBE:iba
encl.

cc:    Clerk, Court of Appeals for the Third Circuit (w/encl.)
        Marshall J. Piccinini, AUSA (w/encl.)
        Rita Genetti Calvin, Esq. (w/encl.)