IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA           )
                    Plaintiff      )
                                   )
vs                                 )    CRIMINAL No. 01-6 Erie
                                   )
DANIEL LEVETO                      )
MARGARET LEVETO                    )
DONALD TURNER                      )
    a/k/a DON WOOD                 )
                    Defendants     )

ORDER OF COURT

AND NOW, to wit, this _14th_ day of March, 2007, it appearing

to the Court that the above-captioned case has been terminated

with no appeals pending, IT IS HEREBY ORDERED that the case

impounded in the Office of the Clerk of Court be returned to the

closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order

attached to the envelope and to the file folder.  Anyone desiring

to view the impounded case shall file a request with the Clerk

with notification to all parties.  This pleading/file is to

remain sealed for the next _25_ years.

        Documents:  5, 26, 77, 78, 79, 95, 107, 114

                        _Maurice B. Cohill, Jr._
                        Maurice B. Cohill, Jr.
                        U.S. District Judge

'07 MAR 16 P2:51
CLERK
U.S. DISTRICT COURT