IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
        vs.                 )  Crim. No. 01-06 Erie
                            )
DANIEL LEVETO,              )
                            )
    Defendant.              )

### ORDER

AND NOW, to-wit, this 20th day of March, 2007, it is HEREBY ORDERED, ADJUDGED, and DECREED that the Order of Court dated March 14, 2007 (Doc. 166) be and hereby is VACATED.

                                                   _____
                                                   Maurice B. Cohill, Jr.
                                                   Senior United States District Judge