UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-4753
_____

UNITED STATES OF AMERICA

v.

DANIEL J. LEVETO,

Appellant

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania

(D.C. No. 01-cr-00006)
District Judge: The Honorable Maurice B. Cohill, Jr.

_____

ARGUED NOVEMBER 1, 2007

BEFORE: RENDELL, WEIS, and NYGAARD, Circuit Judges.

_____

JUDGMENT

_____

This cause came to be heard on the record from the United States District Court for the Western District of Pennsylvania and was argued by counsel on November 1, 2007.

On consideration whereof, it is now here ORDERED AND ADJUDGED by this Court that the judgment of the said District Court entered on October 14, 2005, be, and the same is hereby AFFIRMED.

All of the above in accordance with the opinion of this Court.

                                ATTEST

                              <u>/s/ Marcia M. Waldron</u>
                                  Clerk

Dated:   August 26, 2008